**Alfred THOMAS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 44006.**

Court of Criminal Appeals of Texas.

Sept. 23, 1971.

J. C. Jacobs, Corsicana, for appellant.

Jimmy Morris, Dist. Atty., Corsicana, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

ROBERTS, Judge.

This is an appeal from a conviction for robbery by firearms; trial was before the court on a plea of guilty and punishment was assessed at 50 years.

The appellant, who was represented by non-appointed counsel, complains because there is no statement of facts in the record. There is nothing in the record to indicate that the appellant requested a statement of facts. See Art. 40.09(4) & (5), Vernon's Ann.C.C.P.

Since the appellant did not request a statement of facts, no error is shown.

There is present, however, a written stipulation of the testimony of the injured party which is sufficient to prove the guilt of the appellant.

There being no reversible error, the judgment is affirmed.